*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

January 14, 2025

**By ECF**
The Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Li v. Garland*, No. 24 Civ. 6177 (DLC)

Dear Judge Cote:

      This Office represents Merrick B. Garland, United States Attorney General, in his official capacity ("Defendant" or the "Government") in the above-referenced employment discrimination action brought by plaintiff James Li ("Plaintiff"). We write respectfully to request a two-week extension of the Government's deadline to respond to Plaintiff's complaint, from January 14, 2025, to January 28, 2025.

      This is the Government's second request for an extension of the deadline to respond to Plaintiff's complaint. As noted in connection with the Government's first request, this Office was served with Plaintiff's complaint by mail on September 16, 2024. The deadline to respond to Plaintiff's complaint was therefore November 15, 2024. *See* Fed. R. Civ. P. 12(a)(2). The Government requested, with Plaintiff's consent, a sixty-day extension of this deadline. The Court granted the Government's request. ECF No. 8. The Government now seeks a two-week extension of time to respond to Plaintiff's complaint, from January 14, 2025, to January 28, 2025, because this Office requires additional time to gather relevant information from Plaintiff's former employer, the Drug Enforcement Administration.[1] Plaintiff consents to the requested extension.

      We thank the Court for its consideration of this letter.

                    Respectfully,

                    EDWARD Y. KIM
                    Acting United States Attorney

      By:     /s/ *Rebecca Salk*
              REBECCA SALK
              Assistant United States Attorney
              86 Chambers Street, Third Floor

---

[1] The Government apologizes to the Court for the timing of this request. Regrettably, I was informed today that additional time was needed to gather information necessary to respond to the complaint.

New York, New York 10007
Tel.: (212) 637-2614

cc: Raymond Mansolillo, Esq.
   Louis Robbio
   *Counsel for Plaintiff*

(VIA ECF)