

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

March 10, 2025

**By ECF**
The Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Li v. Bondi*, No. 24 Civ. 6177 (DLC)

Dear Judge Cote:

    This Office represents Pamela Bondi, United States Attorney General, in her official capacity[1] ("Defendant" or the "Government") in the above-referenced employment discrimination action brought by plaintiff James Li ("Plaintiff"). We write respectfully on behalf of both parties to request an adjournment of the Initial Pretrial Conference ("IPTC") until after the completion of the Court-ordered mediation (Dkt. No. 16). The IPTC is currently scheduled for April 10, 2025 (Dkt. No. 9), and the Court-ordered mediation is scheduled to take place on May 8, 2025. Adjournment will allow the parties to concentrate their efforts on the mediation. This is the parties' first request for adjournment of the IPTC.

    We thank the Court for its consideration of this letter.

*[Handwritten: The conference is adjourned to 5/23/25 at 10:30 am.*
*/s/ Denise Cote*
*3/11/25]*

                         Respectfully,

                         MATTHEW PODOLSKY
                         Acting United States Attorney

                By:    /s/ *Harry Fidler*
                         HARRY K. FIDLER
                         Assistant United States Attorney
                         86 Chambers Street, Third Floor
                         New York, New York 10007
                         Tel.: (212) 637-2321

cc: Raymond Mansolillo, Esq.
    Louis Robbio, Esq.
    *Counsel for Plaintiff*
    (VIA ECF)

---

[1] Attorney General Bondi was automatically substituted as the Defendant in this action pursuant to Fed. R. Civ. P. 25(d).