IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES LI, <br><br> Plaintiff, <br><br> v. <br><br> PAMELA BONDI, Attorney General of the United States, <br><br> Defendant. | Case No. 24-CV-06177-DLC |

## [~~PROPOSED~~] PRETRIAL SCHEDULING ORDER

1. The parties have complied with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations.

2. All fact discovery must be completed by **December 10, 2025.**

3. This case will be referred to mediation. The Clerk of Court will contact the parties when a mediator has been selected. The parties shall engage in settlement discussions in **November 2025**.

4. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26 (a)(2)((B), Fed. R. Civ. P. by the party bearing the burden on an issue must be served by **December 31, 2025**. Identification of rebuttal experts and disclosure of their expert testimony must occur by **January 28, 2026.**

5. All expert discovery must be completed by **March 6, 2026**.

6. Any motion for summary judgment will be served by the following dates:

    - Motion served by **April 8, 2026**
    - Opposition served by **April 29, 2026**
    - Reply served by **May 13, 2026**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the Unites States Courthouse, 500 Pearl Street, New York, New York.

7. In the event no motion is filed, the Joint Pretrial Order must be filed by **April 8, 2026**.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

SO ORDERED:   *There shall be no further adjournment of the 4/8/26 dates.*

Dated: New York, New York
July 1, 2025

DENISE COTE
United States District Judge