```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
JAMES LI,                                :        24cv6177 (DLC)
                                         :
                         Plaintiff,      :           ORDER
                                         :
            -v-                          :
                                         :
PAMELA BONDI, U.S. Attorney General,     :
                                         :
                         Defendant.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

As set forth in the parties' January 7, 2026 request for clarification of the deadlines in this action, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  All fact discovery must be completed by **January 22, 2026,** or if the parties agree to extend the period for fact discovery into the period for expert discovery, by **April 20, 2026.**

2.  All expert discovery must be completed by **April 20, 2026.**

3.  Any motion for summary judgment will be served by the following dates:

    -   Motion served by **May 21, 2026**
    -   Opposition served by **June 11, 2026**
    -   Reply served by **June 25, 2026**

    At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

4.  In the event no motion is filed, the Joint Pretrial Order must be filed by **May 21, 2026.**

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be

filed with the Pretrial Order: Voir Dire, Requests to Charge, and a Memorandum of Law addressing all questions of law expected to arise at trial.  Any responsive papers are due one week thereafter.  In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

There will be no further adjournment of the May 21, 2026 dates.

SO ORDERED:

Dated:    New York, New York
          January 7, 2026

                                    _____
                                           DENISE COTE
                                    United States District Judge

2